# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Sam Margolis, et al., | No. CV-24-01615-PHX-DJH |
| Plaintiffs, | **ORDER** |
| v. | |
| Webhelp Americas LLC, et al., | |
| Defendants. | |

The Court having reviewed the parties' Stipulation of Dismissal (Doc. 29), filed on December 10, 2024,

**IT IS ORDERED** approving the Stipulation (Doc. 29) and **dismissing** this action in its entirety, **with prejudice**, each party to bear its own attorneys' fees and costs. The Motion to Certify Class (Doc. 6) is **denied** as moot.

**IT IS FURTHER ORDERED** directing the Clerk of Court to terminate this action.

Dated this 10th day of December, 2024.

Honorable Diane J. Humetewa
United States District Judge